UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 08mj0445 |
| Plaintiff ) | |
| ) | ORDER |
| vs. ) | |
| Corria-Contreras, et al ) | RELEASING MATERIAL WITNESS |
| ) | |
| ) | Booking No. |
| Defendant(s) ) | |

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Pedro Ramirez-Garcia

DATED: 3/3/08

CATHY ANN BENCIVENGO
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____                    OR
              DUSM

W. SAMUEL HAMRICK, JR.   Clerk
                    by _____
                           Deputy Clerk