UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )
              Plaintiff            )        CRIMINAL NO. _08mj445_
                                   )
                                   )              ORDER
       vs.                         )
                                   )        RELEASING MATERIAL WITNESS
Corrin-Contreras, et al.           )
                                   )
                                   )        Booking No.
              Defendant(s)         )
_____)

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore

committed to the custody of the United States Marshal as a material witness be

released from custody: (Bond Posted / Case Disposed / Order of Court).

Paula Mata-Avana

DATED: _3/4/2008_

CATHY ANN BENCIVENGO

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____          OR
              DUSM

                                  W. SAMUEL HAMRICK, JR.  Clerk

                                  by _____
                                       Deputy Clerk